THE AMERICAN BIBLE SOCIETY and J. ADAMS *vs*. HAGUE, executor, &c.

Where the complainant amends his bill after a plea to the same has been disallowed, the defendant may put in a new plea to the amended bill.

THIS was an appeal, by the complainants, from a decision of the vice chancellor of the first circuit, denying an application to strike the defendant's plea off the files for irregularity. After a plea had been disallowed the complainants amended their bill, and the defendant thereupon put in a new plea to the amended bill.

January 17.

*L. M. Rutherford,* for the appellants.

*J. L. Mason,* for the respondent.

The CHANCELLOR said, that where the complainant amends his bill the defendant has the right to plead, answer or demur to such amended bill.' That the plea in this case was therefore regular, although a second plea could not have been put in to the original bill without the special leave of the court.

Order appealed from affirmed with costs.